*Re:*

Creación del Instituto de
Estudios Judiciales adscrito
a la Rama Judicial

NÚM. ——

ORDEN

San Juan, Puerto Rico, a 22 de julio de 1977

Mediante convenio celebrado entre la Oficina de Administración de los Tribunales y la Escuela de Derecho de la Universidad de Puerto Rico, esta última llevó a cabo un estudio abarcador sobre la conveniencia de establecer en Puerto Rico la carrera judicial, basada en el sistema de mérito y en estudios especializados. Rendido el informe correspondiente en el mes de octubre de 1976, se analizaron sus conclusiones y recomendaciones y, en particular la referente a la creación de un Instituto de Estudios Judiciales, con las siguientes funciones principales:

1. La creación e implementación de un programa graduado de estudios judiciales dirigido principalmente a jóvenes abogados con vocación para la carrera judicial.

2. La creación e implementación de un programa intensivo de educación judicial de tres meses para adiestramiento de los jueces de nombramiento reciente.

3. El diseño e implementación de un programa de educación contínua para los jueces en servicio.

4. La creación de una unidad de servicios judiciales que provea a los jueces ciertos servicios de asesoramiento mediante la utilización de oficiales jurídicos; también para llevar a cabo ciertas investigaciones de interés y utilidad para el sistema judicial de Puerto Rico.

5. La implementación de un programa de licencias sabáticas para los jueces, coordinado con las actividades antes enumeradas.

El informe de la Escuela de Derecho, con las modificaciones que se le han introducido, incorpora conceptos e ideas dirigidos a mejorar la calidad de la labor de los jueces y, por ende, a fortalecer el principio de la carrera judicial. A tal fin se sometieron propuestas específicas a la Comisión para Combatir el Crimen y, por conducto de ésta, a la Law Enforcement Assistance Administration (LEAA). Ambos organismos han acogido con simpatías la creación del instituto y recientemente nos han notificado su intención de sufragar los costos de los doce meses iniciales de este programa.

En vista de lo anterior, como dirigente administrativo del sistema judicial, por la presente se procede a la creación del Instituto de Estudios Judiciales, sujeto a las siguientes condiciones:

1. El Instituto estará adscrito a la Oficina del Juez Presidente, quien designará su Director Ejecutivo y determinará lo relativo a su estructura y funcionamiento.

2. La Oficina de Administración de los Tribunales proveerá al Instituto las ayudas gerenciales necesarias para que logre lo más eficazmente posible su propósito. También ejercerá la Oficina de Administración de los Tribunales aquellos controles administrativos que por requisito de ley se ejercen sobre todas las demás unidades de la Rama Judicial.

3. El Director Administrativo de los Tribunales queda por la presente facultado para celebrar, en consulta con el Juez Presidente, los contratos necesarios con el Decano de la Escuela de Derecho de la Universidad de Puerto Rico y con otras universidades o instituciones privadas para cooperar en el desarrollo, la planificación, programación y organización necesarias durante los primero doce meses del Instituto.

4. Durante el año fiscal 1977–78 el Director Administrativo de los Tribunales someterá cada tres meses al Juez Presidente un informe relativo al desarrollo del Instituto, señalando las áreas de progreso, dificultades y una evaluación de la labor realizada durante el referido trimestre.

5. El Director Administrativo de la Oficina de Administración de los Tribunales desarrollará una campaña de divulgación pública sobre los propósitos que persigue el Instituto, para conocimiento general y para propiciar su plena utilización dentro de un verdadero espíritu de carrera judicial.

Lo decretó y firma,

(Fdo.) José Trías Monge

*Juez Presidente*

CERTIFICO:

(Fdo.) Ernesto L. Chiesa

*Secretario General*